

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00022-CV

**IN THE MATTER OF P.A.R.**, a Juvenile

From the County Court at Law, Medina County, Texas
Trial Court No. 1753
Honorable Vivian Torres, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed: June 3, 2015

APPEAL DISMISSED

Appellant's attorney has filed a Motion For Non-Suit, asking this court to "enter a dismissal and non-suit this cause number." A "non-suit" is not the appropriate pleading to file in an appeal. *See* TEX. R. APP. P. 42.1 (voluntary dismissal in civil cases "On Motion or By Agreement"). Nevertheless, we GRANT the requested relief and this appeal is dismissed.

PER CURIAM